897 A.2d 1055

ROCHELL HODGES AND RENITA HODGES, PLAINTIFFS–RE-SPONDENTS, v. FEINSTEIN, RAISS, KELIN & BOOKER, L.L.C., DEFENDANT–MOVANT. AND SASIL CORPORATION, ET AL., DEFENDANTS.

April 13, 2006.

ORDERED that the motion for leave to appeal is granted.

897 A.2d 1055

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. STEVEN R. FORTIN, DEFENDANT.

April 18, 2006.

ORDERED that the motion for leave to appeal is granted.

897 A.2d 1055

CHEROKEE EQUITIES, LLC, PLAINTIFF–APPELLANT, v. DUGGAN PARTNERS, LLC, DEFENDANT. AND DUGGAN PARTNERS, LLC, INTERVENOR–RESPONDENT.

April 19, 2006.

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed.